TANENBAUM COMPANY, SPRINKLER CONTRACTS, INC., Appellant and Respondent, *v.* SIXTH AVENUE TWENTY-THIRD STREET CORPORATION, Respondent and Appellant.

Argued April 16, 1945; decided May 24, 1945.

*Mayer L. Halff* for plaintiff-appellant ·and respondent.

*Monroe Goldwater, Maer I. Levey* and *A. Loeb Salkin* for defendant-respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.